**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00275-CV**
_____

**STEPHEN COOKSEY, Appellant**

**V.**

**THERESA KELSO, Appellee**

_____

**On Appeal from the 457th District Court**
**Montgomery County, Texas**
**Trial Cause No. 24-11-17428**
_____

**MEMORANDUM OPINION**

Appellant Stephen Cooksey and Appellee Theresa Kelso filed a Joint Motion to Dismiss Appeal. *See* Tex. R. App. P. 42.1(a)(1). The parties filed the motion before the appellate court issued a decision in the appeal. We grant the motion and dismiss the appeal. *See id.* 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on January 28, 2026
Opinion Delivered January 29, 2026

Before Golemon, C.J., Wright and Chambers, JJ.